

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **21-MJ-1584** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8 U.S.C. Section |
| | ) | 1324(a)(2)(B)(iii) - |
| Jose De Jesus HERNANDEZ (D1), | ) | Bringing in Unlawful Alien(s) |
| and | ) | Without Presentation |
| Cristian Zacarias NUNEZ (D2), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about April 24, 2021, within the Southern District of California, Defendant 1 Jose De Jesus HERNANDEZ and Defendant 2 Cristian Zacarias NUNEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, K.J.P.M., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of April 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

AMENDED PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Acevedo, declare under penalty of perjury the following to be true and correct:

The complainant states that K.J.P.M, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 24, 2021, at approximately 10:22 P.M., Defendants, Jose De Jesus HERNANDEZ (D1) and Cristian Zacarias NUNEZ (D2), applied for admission into the United States from Tijuana, Baja California, Mexico through the vehicle primary lanes at the San Ysidro, California Port of Entry. D1 and D2 were the only visible occupants of a BMW 525i bearing California license plates when they presented themselves for inspection before a United States Customs and Border Protection (CBP) Officer. D1 stated that they were going to San Diego, California with nothing to declare from Mexico.

The CBP Officer conducted an inspection of the vehicle's trunk and observed it was smaller than normal. The CBP Officer noticed a void between the back rest seat and the false wall inside the trunk. The CBP Officer used his screwdriver to open the side of the rear back rest and observed what appeared to be a human leg. The CBP Officer radioed for assistance and other CBP Officers responded and escorted the Defendants to the Security Office for further disposition. A CBP Officer drove the vehicle to secondary for further inspection.

In secondary, A CBP Officer inspected the trunk and the rear back rest of the vehicle and discovered an individual concealed within the non-factory compartment. CBP Officers assisted in removing the individual from the non-factory compartment. The individual was later identified as K.J.P.M. The individual was determined to be citizen of Mexico without lawful documents to enter the United States and are being held as Material Witness.

1

Continuation of Probable Cause Statement
RE: U.S. v. Jose De Jesus HERNANDEZ et al.

During a video recorded interview, Material Witness stated she is a citizen of Mexico by virtue of birth, in Oaxaca, Mexico and does not possess legal documents to enter or reside in the United States. Material Witness stated she did not know who made the smuggling arrangements and was unaware of the amount to be paid for her to be smuggled into the United States. MW stated she was going to Los Angeles, California to visit. MW identified the D1 in a photo line-up as one of two people that would smuggle her across the border into the United States.

Executed on this 26th day of April 2021, at 07:00 A.M.

_____
Gabriela Acevedo / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendants named herein committed the offense on April 24, 2021, in violation of Title 8, United States Code, Section 1324.

_____        _____
UNITED STATES MAGISTRATE JUDGE              DATE / TIME

PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Melvin Rebolledo, declare under penalty of perjury the following to be true and correct:

The complainant states that Kimberly Joseline PEREZ-Martinez, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 24, 2021, at approximately 10:22 P.M., Defendants, Jose De Jesus HERNANDEZ (D1) and Cristian Zacarias NUNEZ (D2), applied for admission into the United States from Tijuana, Baja California, Mexico through the vehicle primary lanes at the San Ysidro, California Port of Entry. D1 and D2 were the only visible occupants of a BMW 525i bearing California license plates when they presented themselves for inspection before a United States Customs and Border Protection (CBP) Officer. D1 stated that they were going to San Diego, California with nothing to declare from Mexico.

The CBP Officer conducted an inspection of the vehicle's trunk and observed it was smaller than normal. The CBP Officer noticed a void between the back rest seat and the false wall inside the trunk. The CBP Officer used his screwdriver to open the side of the rear back rest and observed what appeared to be a human leg. The CBP Officer radioed for assistance and other CBP Officers responded and escorted the Defendants to the Security Office for further disposition. A CBP Officer drove the vehicle to secondary for further inspection.

In secondary, A CBP Officer inspected the trunk and the rear back rest of the vehicle and discovered an individual concealed within the non-factory compartment. CBP Officers assisted in removing the individual from the non-factory compartment. The individual was later identified as Kimberly Joseline PEREZ-Martinez (MW). The individual was determined to be citizen of Mexico without lawful documents to enter the United States and are being held as Material Witness.

Probable Cause Statement Continued on Page 2

1

Continuation of Probable Cause Statement
RE: U.S. v. Jose De Jesus HERNANDEZ et al.

During a video recorded interview, Material Witness stated she is a citizen of Mexico by virtue of birth, in Oaxaca, Mexico and does not possess legal documents to enter or reside in the United States. Material Witness stated she did not know who made the smuggling arrangements and was unaware of the amount to be paid for her to be smuggled into the United States. MW stated she was going to Los Angeles, California to visit. MW identified the D1 in a photo line-up as one of two people that would smuggle her across the border into the United States.

Executed on this 25th day of April 2021, at 09:00 A.M.

_____
Melvin Rebolledo / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendants named herein committed the offense on April 24, 2021, in violation of Title 8, United States Code, Section 1324.

_____          _____
UNITED STATES MAGISTRATE JUDGE                  DATE / TIME

**10:17 AM, Apr 25, 2021**

2